UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANGELA CLARK, KENNETH CLARK, BRANDON HULSE, DIANE SAMELSON, KRISTINA ATWOOD, BRIGETTE WOLFE, and JOSEPH WOLFE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs; <br><br> v. <br><br> THE PROCTER & GAMBLE COMPANY; THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY and THE PROCTER & GAMBLE DISTRIBUTING LLC, <br><br> Defendants. | No. 1:10-cv-301-SSB-TSH <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Gary D. Greenwald, trial attorney for Plaintiffs Angela Clark, Kenneth Clark, Brandon Hulse, Diane Samelson, Kristina Atwood, Brigette Wolfe, and Joseph Wolfe, individually and on behalf of all others similarly situated, in the above-referenced action, hereby moves the court to admit Lynn Lincoln Sarko, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiffs Angela Clark,

- 1 -

Kenneth Clark, Brandon Hulse, Diane Samelson, Kristina Atwood, Brigette Wolfe, and Joseph Wolfe, individually and on behalf of all others similarly situated.

Movant represents that Lynn Lincoln Sarko is a member in good standing of the highest court of the State of Washington as attested by the accompanying certificate from that court and that Lynn Lincoln Sarko is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Lynn Lincoln Sarko understands that, unless expressly excused, he or she must register for electronic filing with this Court promptly upon the granting of this Motion.

Lynn Lincoln Sarko's relevant identifying information is as follows:

Business telephone: (206) 623-1900        Business fax: (206) 623-3384

Business address:    Keller Rohrback L.L.P.
                     1201 Third Avenue, Suite 3200
                     Seattle, Washington 98101

Business e-mail address:    lsarko@kellerrohrback.com


*Gary D. Greenwald* (signature)
Gary D. Greenwald   0024480
ggreenwald@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088 / Fax: (602) 248-2822

Trial Attorney for Plaintiffs

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) | BAR NO. 16569 |
| OF | ) ) | **CERTIFICATE OF GOOD** |
| LYNN LINCOLN SARKO | ) ) | **STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

LYNN LINCOLN SARKO

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 12, 1986, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 3rd day of May, 2010.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court