IN THE UNITED STATES DISTRICT COURT (Revised 4-20-10)
FOR THE SOUTHERN DISTRICT OF OHIO

In re Dry Max Pampers Litigation : Case No.: 10-cv-00301

: District Judge T.S. Black
Magistrate Judge

:

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, Donald S. Varian, Jr. , trial
(Name of Trial Attorney)

attorney for Plaintiffs, F. Lawson, et al. , in the above-referenced action, hereby moves the court to
(Name of Party)

admit J. Gordon Rudd , *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for Plaintiffs F. Lawson, et al. .
(Name of Party)

Movant represents that J. Gordon Rudd is a member in good standing
(Name of PHV Attorney)

of the highest court of Minnesota as attested by the accompanying certificate from that
(Name of State)

court and that Mr. Rudd is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

J. Gordon Rudd understands that, unless expressly excused, he or
(Name of PHV Attorney)

she must register for electronic filing with this Court promptly upon the granting of this Motion.

<u>  J. Gordon Rudd  </u> 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone <u> 612-341-0400 </u>   Business fax <u> 612-341-0844 </u>

Business address <u> Zimmerman Reed, PLLP                                      </u>

<u>        651 Nicollet Mall, Suite 501, Minneapolis, MN  55402          </u>

Business e-mail address <u> Gordon.rudd@zimmreed.com                  </u>

*(Signature of Trial Attorney)*

Donald S. Varian,Jr.   <u>Oldham Kramer, 195 S. Main St., Suite 300</u>
(Address)
<u>  Akron, OH   44308-1314                                  </u>
(City, State, Zip Code)
<u>  330-762-7377                                            </u>
(Telephone Number)

Trial Attorney for <u>Plaintiffs, Frank Lawson, et</u> al.
(Name of Party)

**(Please attach required Certificate of Service)**