UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE DRY MAX PAMPERS LITIGATION   )    No. 1:10-cv-00301-TSB
          )
          )    The Honorable Timothy S. Black
          )

**DECLARATION OF JONATHAN K. TYCKO IN SUPPORT OF MOTIONS FOR (1)
FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND (2) ATTORNEY'S
FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

I, Jonathan K. Tycko, declare as follows:

1.     I am partner with Tycko & Zavareei LLP.  I am a member of the District of
Columbia Bar and am admitted to practice in this District.  I have been personally involved in
this litigation.

2.     I submit this declaration in support of Plaintiffs' motion for an award of
attorney's fees, reimbursement of costs, and incentive awards to the Named Plaintiffs in this
litigation.  My firm represents Eugenia Nunn and Nicole Majchrzak.  Lead Class Counsel
requested and approved that my firm complete certain work in support of Plaintiffs' prosecution
of this action.

3.     The schedule attached hereto as Exhibit A is a summary of time spent by the
partners, attorneys, and other professional support staff of my firm in this litigation at the
direction and approval of Lead Class Counsel.  The lodestar calculation is based on my firm's

current billing rates from inception of the case through March 9, 2011. For personnel who are no longer employed by my firm, my lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous, daily time records prepared and maintained by my firm. The hourly rates are the same as the usual and customary hourly rates charged for services in other actions.

4.     The total number of hours expended on this litigation by my firm from inception through March 9, 2011, is 33.1 hours. The total lodestar for my firm is $9,976.30.

5.     Attached to my declaration as Exhibit B is a summary of expenses totaling $59.86. The expenses were necessarily incurred by my firm in relation to the approved work my firm performed at the request of Lead Class Counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of August, 2011, in Washington, D.C.

_____

Jonathan K. Tycko

**IN RE DRY MAX PAMPERS LITIGATION FEE REPORT**

**FIRM NAME: Tycko & Zavareei LLP**

**REPORTING PERIOD: 7/12/2010 - 3/9/2011**

| Timekeeper | Title | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Jonathan Tycko | Partner | 2.40 | $589 | $ 1,413.60 |
| Jeffrey Kaliel | Associate | 18.10 | $361 | $ 6,534.10 |
| Adam Prom | Paralegal | 12.30 | $161 | $ 1,980.30 |
| Emery Gullickson | Paralegal | 0.30 | $161 | $ 48.30 |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| **TOTAL** | | **33.10** | | **$ 9,976.30** |

**IN RE DRY MAX PAMPERS LITIGATION EXPENSE REPORT**

**FIRM NAME: Tycko & Zavareei LLP**

**REPORTING PERIOD: 7/12/2010 - 3/9/2011**

| Description | Amount |
|---|---|
| Travel (Air fare, ground travel, meals, lodging) | |
| Telephone/Facsimile | $3.13 |
| Postage/Express Delivery | $40.98 |
| Internal Copies | $0.75 |
| Experts/Consultants | |
| Court Fees | $15.00 |
| Court Reporters/Transcripts | |
| Process Services | |
| Computer Research | |
| Mediation Services | |
| Business Wire Notification | |
| **Total** | $       59.86 |