UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE DRY MAX PAMPERS LITIGATION   )   No. 1:10-cv-00301-TSB
                                                                                              )
                                                                                              )   The Honorable Timothy S. Black
_____)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND REPRESENTATIVE PLAINTIFF AWARD PAYMENTS**

The Court, having considered all papers filed and proceedings conducted, and having found the parties' settlement to be fair, reasonable and adequate; and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS ORDERED THAT:

1. All of the capitalized terms used herein shall have the same meaning as set forth in the Settlement Agreement dated May 27, 2011 (Dkt. # 54-2) (the "Settlement Agreement").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Class Counsel attorneys' fees and reimbursement of expenses of $2,730,000.

4. Pursuant to the Settlement Agreement, the Court awards $1,000 as a Representative Plaintiff Award to each Class Representative per affected child.

5. Lead Class Counsel shall allocate fees among Plaintiffs' counsel.

6. The awarded attorneys' fees and expenses shall be paid to Lead Class Counsel according to the terms, conditions and obligations of the Settlement Agreement and Release

(Dkt. # 54-2) and in particular §7(B) thereof, which terms, conditions and obligations are incorporated herein.

DONE AND ENTERED INTO this ___ day of _____, 2011.

_____
THE HONORABLE TIMOTHY S. BLACK
UNITED STATES DISTRICT JUDGE