**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

IN RE PAMPERS DRY MAX LITIGATION         Case No: 1:10-cv-00301 TSB

        Judge Timothy S. Black

**NOTICE OF APPEARANCE OF COUNSEL**

Comes now, Theodore J. Froncek, Attorney at Law, and enters his appearance as trial attorney in the above captioned matter on behalf of objector Daniel Greenberg.

        s/Theodore J. Froncek
        Theodore J. Froncek
        Ohio Reg. No.: 016116
        *Attorney for Objector*
        *Daniel Greenberg*
        1208 Sycamore Street
        Cincinnati, OH 45210
        (513) 241-5670
        tjfroncek@fuse.net

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on the 29th day of August, 2011 I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ELF system which will send notification of such filing to the following attorneys of record as indicated below:

**For the Plaintiffs:**

Timothy J. Becker
Elizabeth A Peterson
J. Gordon Rudd Jr.
Zimmerman Reed PLLP
80 South Eight Street
1100 IDS Center
Minneapolis, MN  55402

Gretchen Freeman Cappio
Gretch S. Obrist
Lynn Lincoln Sarko
Henry Williams IV
Michael D. Woerner
Keller Rohback LLP
1201 Third Avenue
Suite 3200
Seattle, WA  98101

Gary Douglas Greenwald
Mark Dudley Sampson
Keller Rohrback, LLP
3101 North Central Ave.
Suite 1400
Phoenix, AZ  85012

David S. Preminger
Keller Rohrback LLP
770 Broadway
Second Floor
New York, NY  10003

**For the Defendants**:
Joanne E. Caruso
Baker & Hostetler LLP
555 So. Flower Street
Suite 4200
Los Angeles, CA  90071

Daniel E. Gustafson
Gustafson Gluek PLLC
608 Second Avenue South
Suite 650
Minneapolis, MN  55402

Craig W. Hillwig
Christina Donato Saler
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA  19107

Thomas M. Mullaney
Law Offices of Thomas M. Mullaney
275 Madison Avenue
37th Floor
New York, NY  10017

Stuart E. Scott
Spangenbert, Shibley & Liber, LLP
1001 Lakeside Avenue East
Suite 1700
Cleveland, OH  44114-3400

Donald S. Varian, Jr.
195 W. Main Street
Suite 400
Akron, OH  44308

Edward Han
Howrey & Simon
1299 Pennsylvania Avenue NW
Washington, DC  20004

Brian Donald Wright
Faruki Ireland & Cox PPL – 3
500 Courthouse Plaza, SW
10 N. Ludlow Street
Dayton, OH  45402-1818

                                                s/Theodore J. Froncek