## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

IN RE PAMPERS DRY MAX LITIGATION          Case No: 1:10-cv-00301 TSB

                                         Judge Timothy S. Black

---

## MOTION FOR ADMISSION *PRO HAC VICE*

---

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Theodore J. Froncek, trial attorney for Daniel Greenberg (objector), in the above-referenced action, hereby moves the court to admit Adam Ezra Schulman, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Daniel Greenberg.

Movant represents that Adam Ezra Schulman is a member in good standing of the highest court of Pennsylvania as attested by the accompanying certificate from that court and that Adam Ezra Schulman is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Adam Ezra Schulman understands that, unless expressly excused, he or she must register for electronic filing with this Court promptly upon the granting of this Motion.

**Adam Ezra Schulman's relevant identifying information is as follows:**

Telephone: 610-457-0856

Fax: None

Address: 1718 M Street NW # 236, Washington DC, 20036.

Email Address: shuyande24@gmail.com

/s/Thedore J. Froncek
Theodore J. Froncek
Ohio Reg. No.: 0016116
1208 Sycamore Street
Cincinnati, Ohio 45202
Phone: (513) 241-5670
Fax: (513) 929-3473
Email: tjfroncek@fuse.net

**Trial Attorney for Daniel Greenberg**

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Adam Ezra Schulman, Esq.*

### DATE OF ADMISSION

*October 27, 2010*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 21, 2011**

Patricia A. Johnson
Chief Clerk



## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 29th day of August, 2011 I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ELF system which will send notification of such filing to the following attorneys of record as indicated below:

**For the Plaintiffs:**
Timothy J. Becker
Elizabeth A Peterson
J. Gordon Rudd Jr.
Zimmerman Reed PLLP
80 South Eight Street
1100 IDS Center
Minneapolis, MN 55402

Gretchen Freeman Cappio
Gretch S. Obrist
Lynn Lincoln Sarko
Henry Williams IV
Michael D. Woerner
Keller Rohback LLP
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Gary Douglas Greenwald
Mark Dudley Sampson
Keller Rohrback, LLP
3101 North Central Ave.
Suite 1400
Phoenix, AZ 85012

David S. Preminger
Keller Rohrback LLP
770 Broadway
Second Floor
New York, NY 10003

**For the Defendants:**
Joanne E. Caruso
Baker & Hostetler LLP
555 So. Flower Street
Suite 4200
Los Angeles, CA 90071

Daniel E. Gustafson
Gustafson Gluek PLLC
608 Second Avenue South
Suite 650
Minneapolis, MN 55402

Craig W. Hillwig
Christina Donato Saler
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107

Thomas M. Mullaney
Law Offices of Thomas M. Mullaney
275 Madison Avenue
37th Floor
New York, NY 10017

Stuart E. Scott
Spangenbert, Shibley & Liber, LLP
1001 Lakeside Avenue East
Suite 1700
Cleveland, OH 44114-3400

Donald S. Varian, Jr.
195 W. Main Street
Suite 400
Akron, OH 44308

Edward Han
Howrey & Simon
1299 Pennsylvania Avenue NW
Washington, DC  20004

Brian Donald Wright
Faruki Ireland & Cox PPL – 3
500 Courthouse Plaza, SW
10 N. Ludlow Street
Dayton, OH  45402-1818

s/Theodore J. Froncek