UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE PAMPERS DRY MAX LITIGATION

Case No: 1:10-cv-00301 TSB

Judge Timothy S. Black

NOTICE OF INTENT TO APPEAR

Adam Ezra Schulman (*pro hac vice* pending)
CENTER FOR CLASS ACTION FAIRNESS LLC
815 18th St S. #203
Arlington, VA 22202
Phone: (610) 457-0856
Email: shuyande24@gmail.com

Theodore J. Froncek
1208 Sycamore Street
Cincinnati, Ohio 45202
Phone: (513) 241-5670
Fax: (513) 929-3473
Email: tjfroncek@fuse.net

Attorneys for Objector Daniel Greenberg

Let this document be notification that attorney Adam Schulman intends to appear on behalf of objector Daniel Greenberg at the final approval hearing, in the above captioned matter, scheduled for September 28, 2011 at 10:00 a.m. Mr. Schulman requests 15 minutes to speak on the matters addressed in Mr. Greenberg's objection, filed contemporaneously with this notice of appearance, as well as to respond to any counterarguments that the settling parties may raise in their motion for final approval, fee petition, or other reply to objections.

In the event that any witnesses testify at the hearing in support of settlement approval, Greenberg respectfully requests the Court's permission to cross-examine those witnesses.

Dated: August 29, 2011

/s/Adam Ezra Schulman
Adam Ezra Schulman (*pro hac vice* pending)
CENTER FOR CLASS ACTION FAIRNESS LLC
815 18th St S. #203
Arlington, VA 22202
Phone: (610) 457-0856
Email: shuyande24@gmail.com

/s/ Theodore J. Froncek
Theodore J. Froncek
1208 Sycamore Street
Cincinnati, Ohio 45202
Phone: (513) 241-5670
Fax: (513) 929-3473
Email: tjfroncek@fuse.net

Attorneys for Objector Daniel Greenberg

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on the 29th day of August, 2011 I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ELF system which will send notification of such filing to the following attorneys of record as indicated below:

**For the Plaintiffs:**

| | |
|---|---|
| Timothy J. Becker | Daniel E. Gustafson |
| Elizabeth A Peterson | Gustafson Gluek PLLC |
| J. Gordon Rudd Jr. | 608 Second Avenue South |
| Zimmerman Reed PLLP | Suite 650 |
| 80 South Eight Street | Minneapolis, MN  55402 |
| 1100 IDS Center | |
| Minneapolis, MN  55402 | Craig W. Hillwig |
| | Christina Donato Saler |
| Gretchen Freeman Cappio | Kohn, Swift & Graf, P.C. |
| Gretch S. Obrist | One South Broad Street |
| Lynn Lincoln Sarko | Suite 2100 |
| Henry Williams IV | Philadelphia, PA  19107 |
| Michael D. Woerner | |
| Keller Rohback LLP | Thomas M. Mullaney |
| 1201 Third Avenue | Law Offices of Thomas M. Mullaney |
| Suite 3200 | 275 Madison Avenue |
| Seattle, WA  98101 | 37th Floor |
| | New York, NY  10017 |
| Gary Douglas Greenwald | |
| Mark Dudley Sampson | Stuart E. Scott |
| Keller Rohrback, LLP | Spangenbert, Shibley & Liber, LLP |
| 3101 North Central Ave. | 1001 Lakeside Avenue East |
| Suite 1400 | Suite 1700 |
| Phoenix, AZ  85012 | Cleveland, OH  44114-3400 |
| | |
| David S. Preminger | Donald S. Varian, Jr. |
| Keller Rohrback LLP | 195 W. Main Street |
| 770 Broadway | Suite 400 |
| Second Floor | Akron, OH  44308 |
| New York, NY  10003 | |

**For the Defendants:**
Joanne E. Caruso
Baker & Hostetler LLP
555 So. Flower Street
Suite 4200
Los Angeles, CA  90071

Edward Han
Howrey & Simon
1299 Pennsylvania Avenue NW
Washington, DC  20004

Brian Donald Wright
Faruki Ireland & Cox PPL – 3
500 Courthouse Plaza, SW
10 N. Ludlow Street
Dayton, OH  45402-1818

                                          <u>s/Theodore J. Froncek</u>

Case: 1:10-cv-00301-TSB Doc #: 61 Filed: 08/29/11 Page: 6 of 6  PAGEID #: 1527