# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

IN RE PAMPERS DRY MAX PAMPERS LITIGATION

Case No. 1:10-cv-301

Judge Timothy S. Black

## ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* (Doc. 59)

Before the Court is the Application for Admission *Pro Hac Vice* from Adam Ezra Schulman. (Doc. 59).

Mr. Schulman is an attorney in good standing and consents to the jurisdiction and rules of this district governing professional conduct. Having satisfied the requirements of S.D. Ohio Civ. R. 83.3 for admission *Pro Hac Vice*, his Application for Admission to represent the Objector in this matter is hereby **GRANTED**, and he is hereby admitted to practice as **co-counsel** on behalf of the Objector Daniel Greenberg.

**IT IS SO ORDERED.**

DATE: 9/2/11

Timothy S. Black
United States District Judge