# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| IN RE PAMPERS DRY MAX LITIGATION | Case No: 1:10-cv-00301 TSB |
| | Judge Timothy S. Black |

## NOTICE OF APPEARANCE

Adam Ezra Schulman (admitted *pro hac vice*)
CENTER FOR CLASS ACTION FAIRNESS LLC
1718 M Street NW
Washington, DC 20036
Phone: (610) 457-0856
Email: shuyande24@gmail.com

Theodore J. Froncek
1208 Sycamore Street
Cincinnati, Ohio 45202
Phone: (513) 241-5670
Fax: (513) 929-3473
Email: tjfroncek@fuse.net

Attorneys for Objector Daniel Greenberg

Pursuant to this Court's amended calendar order of September 2, 2011 (Dkt. No. 65), let this document be attorney Adam Schulman's written notice of appearance as attorney for objector Daniel Greenberg. Mr. Schulman intends to appear on behalf of Mr. Greenberg at the final approval hearing, in the above captioned matter, scheduled for September 28, 2011 at 10:00 a.m.

Dated: September 19, 2011

/s/ Adam Ezra Schulman
Adam Ezra Schulman (*pro hac vice* pending)
CENTER FOR CLASS ACTION FAIRNESS LLC
1718 M Street NW
Washington, DC 20036
Phone: (610) 457-0856
Email: shuyande24@gmail.com

/s/ Theodore J. Froncek
Theodore J. Froncek
1208 Sycamore Street
Cincinnati, Ohio 45202
Phone: (513) 241-5670
Fax: (513) 929-3473
Email: tjfroncek@fuse.net

Attorneys for Objector Daniel Greenberg

## CERTIFICATE OF SERVICE

The undersigned certifies that pursuant to Local rule 5.2(b), I caused to be served through Notice of Electronic Filing a copy of this Notice of Intent to Appear upon the following attorneys of record as indicated below:

**For the Plaintiffs:**
Timothy J Becker
Elizabeth A Peterson
J. Gordon Rudd Jr.
Zimmerman Reed PLLP
80 South Eighth Street
1100 IDS Center
Minneapolis, MN 55402

Gretchen Freeman Cappio
Gretch S. Obrist
Lynn Lincoln Sarko
Henry Williams IV
Michael D. Woerner
Keller Rohback LLP
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Gary Douglas Greenwald
Mark Dudley Sampson
Keller Rohrback, LLP
3101 North Central Ave
Suite 1400
Phoenix, AZ 85012

David S Preminger
Keller Rohrback LLP
770 Broadway
Second Floor
New York City, NY 10003

Daniel E Gustafson
Gustafson Gluek PLLC
608 Second Avenue South
Suite 650
Minneapolis, MN 55402

Craig W. Hillwig
Christina Donato Saler
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107

Thomas M. Mullaney
Law Offices of Thomas M. Mullaney
275 Madison Avenue
37th Floor
New York, NY 10017

Stuart E Scott
Spangenbert, Shibley & Liber, LLP
1001 Lakeside Avenue East
Suite 1700
Cleveland, OH 44114-3400

Donald S Varian, Jr.
195 S. Main Street
Suite 400
Akron, OH 44308

**For the Defendants:**
Joanne E Caruso
Baker & Hostetler LLP
555 So. Flower Street
Suite 4200
Los Angeles, CA 90071

Edward Han
Howrey & Simon
1299 Pensylvania Avenue NW
Washington, DC 20004

Brian Donald Wright
Faruki Ireland & Cox PLL - 3
500 Courthouse Plaza, SW
10 N Ludlow Street
Dayton, OH 45402-1818

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Adam Ezra Schulman