# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION
# CINCINNATI, OHIO

IN RE PAMPERS DRY MAX LITIGATION

Case No: 1:10-cv-00301 TSB

Judge Timothy S. Black

## NOTICE OF APPEAL

Notice is hereby given that Daniel Greenberg, an objector in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the order granting final approval to the settlement and issuing final judgment dated September 28, 2011 (Docket No. 73); the order awarding attorneys' fees, expenses and representative plaintiff award payments entered in this action on September 28, 2011 (Docket No. 74); and all orders and opinions that merge therein.

/s/ Adam Ezra Schulman
Adam Ezra Schulman (admitted *pro hac vice*)
CENTER FOR CLASS ACTION FAIRNESS LLC
1718 M Street NW # 236
Washington, DC 20036
Phone: (610) 457-0856
Email: shuyande24@gmail.com

/s/ Theodore J. Froncek
Theodore J. Froncek
1208 Sycamore Street
Cincinnati, Ohio 45202
Phone: (513) 241-5670
Fax: (513) 929-3473
Email: tjfroncek@fuse.net
Attorneys for Objector Daniel Greenberg

**CERTIFICATE OF SERVICE**

      I do hereby certify that on the 20th day of September, 2011 I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ELF system which will send notification of such filing to all attorneys of record registered with ECF.  I also hereby certify that I have mailed by first class U.S. Mail the documents to the following non-CM/ECF individuals:

Bonner Walsh
Weinstein Law
518 East Tyler Street
Athens, TX 75751

Donald K. Nace
1000 Suffolk Court
Cedar Park, TX 78613

Edward Han
Howrey & Simon
1299 Pensylvania Avenue NW
Washington, DC 20004

/s/ Adam Ezra Schulman