IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| IN RE DRY MAX PAMPERS LITIGATION | : | CASE NO. 1:10-cv-00301 TSB |
| | : | (Judge Timothy S. Black) |
| | : | |
| | | **DISMISSAL WITH PREJUDICE** |
| | : | |

_____

Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is DISMISSED with prejudice.  The Court retains exclusive, continuing jurisdiction solely for the purposes of enforcing the Settlement Agreement.  Each party bears its own costs and attorneys' fees.

IT IS SO ORDERED.

Date: 4/25/2014                             */s/Timothy S. Black*
                                            UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ Gretchen Freeman Cappio (per email authorization)* _____
Lynn Lincoln Sarko, *Pro Hac Vice*
Gretchen Freeman Cappio, *Pro Hac Vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900 / Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
       gcappio@kellerrohrback.com
*Lead Counsel for Plaintiffs*

Gary D. Greenwald (0024480)
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
*Trial Attorney for Plaintiffs*

Michael D. Woerner, *Pro Hac Vice*
Gretchen S. Obrist, *Pro Hac Vice*
Harry Williams IV, *Pro Hac Vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900 / Fax: (206) 623-3384
Email: mwoerner@kellerrohrback.com
       gobrist@kellerrohrback.com
       hwilliams@kellerrohrback.com

David S. Preminger, *Pro Hac Vice*
KELLER ROHRBACK L.L.P.
770 Broadway, 2nd Floor
New York, NY 10003
Tel: (646) 495-6198 / Fax: (646) 495-6197
Email: dpreminger@kellerrohrback.com

Mark D. Samson, *Pro Hac Vice*
KELLER ROHRBACK P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088 / Fax: (602) 248-2822
Email: msamson@kellerrohrback.com

*Lead Counsel for Plaintiffs*

*/s/ D. Jeffrey Ireland* _____
D. Jeffrey Ireland (0010443)
*Trial Attorney*
Brian D. Wright (0075359)
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Tel: (513) 632-0310 / Fax: (513) 632-0319
Email: djireland@ficlaw.com

*Attorneys for Defendants*
*The Procter & Gamble Company,*
*Procter & Gamble Paper Products*
*Company, and Procter & Gamble*
*Distributing LLC*

838117.1

Case: 1:10-cv-00301-TSB Doc #: 97 Filed: 04/25/14 Page: 3 of 3  PAGEID #: 1865